UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERTO TELLO,

      Plaintiff,

  v.

J. RAYFORD, et al.,

      Defendants.

Case No.  22-cv-06050-JD

**ORDER OF TRANSFER**

Re: Dkt. Nos. 11, 12, 15, 22, 25

This is a civil rights case brought pro se by a state prisoner.  Plaintiff presents allegations regarding prison conditions at the Texas Department of Criminal Justice - Connally Unit.  That facility is located within the venue of the United States District Court for the Western District of Texas.  Plaintiff is incarcerated in that district.  Because the events for this case and defendants are located in the Western District of Texas, where plaintiff is incarcerated, venue properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Western District of Texas  *See* 28 U.S.C. § 1406(a).  All pending motions are **DENIED** as moot.

    **IT IS SO ORDERED.**

Dated: December 2, 2022

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California